# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Scottsdale Insurance Company,  )
               Plaintiff(s)  )
                              )   Case No. 04-CV-227-SEH
                              )   Proceeding: Summary Judgment Hearing
       v.                    )   Date: 3-7-2005
Michael S. Tolliver, et al,    )   Court Time: 10:00 a.m.
               Defendant(s).  )

## MINUTE SHEET

Sven Erik Holmes, U.S. Chief District Judge     D. Holland, Deputy Clerk     Glen Dorrough, Reporter

Counsel for Plaintiff: James Weger + Michael Copeland

Counsel for Defendant: Brian Dittrich

Minutes: Argmts. heard on π's mot/certify question to State Supreme Ct. (#47) - Ct. grants; SJ motion (#46) not addressed at this time; All ddls are stricken; Ptis to prepare a certification order for ct's signature + due by noon on 3/10/2005; Matter will be stayed pending the determination by the State Supreme Ct.

Court Time

**3/7/05**

10:30 - 10:47

CV-01 (12/04)